UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-mj-1107-RN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v. )<br>  )<br>HLA AYE )  | **CRIMINAL<br>INFORMATION** |

The United States Attorney charges that:

On or about September 10, 2018, in the Eastern District of North Carolina and elsewhere, HLA AYE, defendant herein, did knowingly possess an identification document, to wit, a North Carolina identification card, that is, an identification document of the State of North Carolina produced without lawful authority knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of, or conspiracy to violate, Section 1028 of Title 18 of the United States Code, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the said offense, or, pursuant to

1

18 U.S.C. § 1028(b)(5), any personal property used or intended to be used to commit the said offense.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.


MICHAEL F. EASLEY, JR.
United States Attorney


*/s/ Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2